UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GREGORY EVERETT,
        Plaintiff,

   v.                                  Case No. 14CV1189

BRP-POWERTRAIN GMBH & CO KG,
et al.,
        Defendants.

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **August 31, 2016 at 10:30 a.m. CST.** The court will initiate the call. Counsel must call the court prior to the call at 414/297-1285 to provide contact information.

Dated at Milwaukee, Wisconsin, this 25th day of August 2016.

                                              s/ Lynn Adelman

                                              LYNN ADELMAN
                                              District Judge